## BINDER v. STATE.
### No. 26132.

Court of Criminal Appeals of Texas.
Dec. 17, 1952.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, sixty days in jail and a fine of $350.

No statement of facts or bills of exception accompany the record.

In order to comply with the terms of the judgment, the sentence is reformed so as to read, "Jessie Binder shall be confined in said county jail for 60 days and until such fine of $350.00 is paid in accordance with the provision of law."

As reformed, the judgment is affirmed.